UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Irineo Rodriguez**     **Docket No. 7:22-CR-00024-D1**

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Irineo Rodriguez, who, upon an earlier plea of guilty to 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii), Transportation of an Undocumented Alien, was sentenced by the Honorable David S. Morales, United States District Judge in the Southern District of Texas, on September 1, 2020, to the custody of the Bureau of Prisons for a term of 12 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Irineo Rodriguez was released from custody on March 15, 2021, at which time the term of supervised release commenced.

On December 29, 2021, it was reported to the Southern District of Texas that on November 26, 2021, the defendant submitted a urine sample that tested positive for marijuana. The Southern District of Texas asked that jurisdiction be transferred to the Eastern District of North Carolina, which was completed on January 24, 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 15, 2022, the defendant submitted a urine sample that tested positive for marijuana and methamphetamines. When confronted, he admitted to using the illegal substances. He is remorseful for his actions and wishes to become sober again. The defendant has agreed to the addition of drug aftercare, which will aid the defendant in his sobriety.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Irineo Rodriguez
Docket No. 7:22-CR-00024-D1
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: March 10, 2022 |

### ORDER OF THE COURT

Considered and ordered this __14__ day of __March__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever, III
United States District Judge